```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     18cv7538 (DLC)
ALYSSA RODRIGUEZ,                        :
                    Plaintiff,           :         ORDER
          -v-                            :
                                         :
CITY OF NEW YORK, FAYE YELARDY, JOHN     :
AND JANE DOE DEPARTMENT OF CORRECTION    :
SUPERVISORS 1-10, JOHN AND JANE DOE      :
DEPARTMENT OF CORRECTION OFFICERS 1-     :
10,                                      :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A February 11, 2020 Order directed the parties to call the Chambers telephone number to participate in the telephone conference scheduled for February 24, 2020. On February 24, 2020, that conference was adjourned. According, it is hereby

ORDERED that a telephone conference in the above-captioned matter is scheduled for **March 26, 2020 at 3:00 pm.**

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

Dated:   New York, New York
         March 23, 2020

                                     _____
                                    DENISE COTE
                                    United States District Judge