```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    18cv7538 (DLC)
ALYSSA RODRIGUEZ,                        :
                    Plaintiff,           :         ORDER
            -v-                          :
                                         :
CITY OF NEW YORK, FAYE YELARDY, JOHN     :
AND JANE DOE DEPARTMENT OF CORRECTION    :
SUPERVISORS 1-10, JOHN AND JANE DOE      :
DEPARTMENT OF CORRECTION OFFICERS 1-     :
10,                                      :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the March 26 telephone conference, it is hereby

ORDERED that a status report is due by **May 29, 2020.**

SO ORDERED:

Dated:   New York, New York
         March 26, 2020

                                   _____
                                              DENISE COTE
                                   United States District Judge

1