```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :     18cv7538 (DLC)
ALALYSSA RODRIGUEZ,                      :
                                         :        ORDER
                         Plaintiff,      :
                                         :
            -v-                          :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letter motion of April 18, 2022, it is hereby

ORDERED that the pretrial conference scheduled for April 20 is adjourned until **Wednesday, June 29, at 2:00 pm**. The conference shall take place in Courtroom 18B, 500 Pearl Street. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery.

IT IS FURTHER ORDERED that the case is referred for mediation to the Court-annexed Mediation Program, with mediation to occur no later than **June 2022**. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.

IT IS FURTHER ORDERED that the City shall by **June 17, 2022** produce discovery regarding the second sexual assault alleged in the plaintiff's Amended Complaint.

IT IS FURTHER ORDERED that the plaintiff shall complete production of documents by **June 17, 2022.**

SO ORDERED:

Dated:   New York, New York
         April 19, 2022

```
        _____
              DENISE COTE
         United States District Judge
```