Case 1:18-cv-07538-DLC   Document 101   Filed 08/22/22   Page 1 of 1

Case 1:18-cv-07538-DLC   Document 102   Filed 08/23/22   Page 1 of 1

# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NEW YORK 10007

ALEXANDER GOLDENBERG
212 620 2607 TEL
212 620 2617 FAX

AGOLDENBERG@CHWLLP.COM

August 22, 2022

**By ECF**

Honorable Denise L. Cote
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Bronx Public Administrator Matilde B. Sanchez, on behalf of the estate of Alyssa Rodriguez v. City of New York, et al.*, 18 Civ. 7538 (DLC)

Dear Judge Cote:

This firm represents Bronx Public Administrator Matilde B. Sanchez in connection with the claims of decedent Alyssa Rodriguez in the above-referenced matter. We write on behalf of all parties to seek an adjournment of the conference scheduled for September 1, 2022.

The parties are pleased to report that a mediation was held with Rebecca Price on August 17, 2022. The parties made significant progress at the mediation and remain in active negotiations through Ms. Price. The parties expect to know within the next few weeks whether the case can be resolved at this juncture, and are working in good faith toward that goal.

An initial pretrial conference is currently scheduled for September 1, 2022, at 2:00 pm. Given the parties' current focus on settlement, we respectfully request that the conference be adjourned for thirty (30) days to avoid the unnecessary expenditure of time and resources by the parties or Court on discovery issues. There have been two prior adjournments of the conference, to accommodate rescheduled dates for the mediation. The mediation has now been held, and this third adjournment is to provide an opportunity to continue the progress the parties made.

We thank Your Honor for your consideration of this letter.

Respectfully Submitted,

*[handwritten: The conference is adjourned to September 28 at 2:30 pm. Denise Cote 8/23/22]*

Alexander Goldenberg