```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
MATILDE B. SANCHEZ Bronx Public           :   18cv7538 (DLC)
Administrator on behalf of the Estate     :
of ALYSSA RODRIGUEZ,                      :   ORDER OF
                                          :   DISCONTINUANCE
                              Plaintiff,  :
               -v-                        :
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 28, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         September 23, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge